# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Clark, *et al.,*  Plaintiffs, v. Edwards, *et al.*,  Defendants, c/w | Civil Action: 20-cv-308-SDD-RLB |
| Power Coalition for Equity and Justice, *et al.,*  Plaintiffs, v. John Bel Edwards, the Governor of the State of Louisiana, in his Official Capacity, *et al*.,  Defendants, and The State of Louisiana,  Proposed Intervenor. | Civil Action: 20-cv-283-SDD-RLB |

## ORDER GRANTING UNOPPOSED MOTION TO INTERVENE

Before the Court is Defendant's Unopposed Motion to Intervene. After considering the motion, the Court is of the opinion it should be GRANTED.

IT IS THEREFORE ORDERED that the Attorney General's intervention on behalf of the State of Louisiana in the instant case is hereby GRANTED.

DATE:_____

_____

UNITED STATES DISTRICT JUDGE
Shelly D. Dick.