# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Clark, *et al.,* | |
|       Plaintiffs, | |
| v. | Civil Action: 20-cv-308-SDD-RLB |
| Edwards, *et al.*, | |
|       Defendants, | |
|     c/w | |
| Power Coalition for Equity and Justice, *et al.,* | |
|       Plaintiffs, | |
| v. | |
| John Bel Edwards, the Governor of the State of Louisiana, in his Official Capacity, *et al.*, | Civil Action: 20-cv-283-SDD-RLB |
|       Defendants, | |
|   and | |
| The State of Louisiana, | |
|       Proposed Intervenor. | |

## ORDER GRANTING INTERVENOR-DEFENDANT'S MOTION TO DISMISS

Before the Court is Defendant the State of Louisiana's motion to dismiss Plaintiffs' Complaint. After considering the motion, the Court is of the opinion it should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiffs' Complaint be DISMISSED with prejudice.

DATE:_____

_____

UNITED STATES DISTRICT JUDGE
Judge Shelly D. Dick