# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

CLARK, *et al*

VERSUS

JOHN BEL EDWARDS, *et al*

*consolidated with*

POWER COALITION FOR EQUITY
AND JUSTICE, *et al*

VERSUS

JOHN BEL EDWARDS, *et al*

CIVIL ACTION

20-308-SDD-RLB

CIVIL ACTION

20-283-SDD-RLB

## JUDGMENT

For the written reasons assigned:

*Judgment* is hereby entered in favor of Defendants, Governor John Bel Edwards,

Attorney General Jeff Landry, and Secretary of State Kyle Ardoin.  Plaintiffs' claims are

dismissed with prejudice.

**IT IS SO ORDERED.**

Signed in Baton Rouge, Louisiana on <u>June 22, 2020</u>.

_____

**JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

Document Number: 60825