UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CLARK, *et al* | |
| | CIVIL ACTION |
| VERSUS | |
| | 20-308-SDD-RLB |
| JOHN BEL EDWARDS, *et al* | |
| *consolidated with* | |
| POWER COALITION FOR EQUITY AND JUSTICE, *et al* | |
| | CIVIL ACTION |
| VERSUS | |
| | 20-283-SDD-RLB |
| JOHN BEL EDWARDS, *et al* | |

## JUDGMENT

For the written reasons assigned:

*Judgment* is hereby entered in favor of Defendants, Governor John Bel Edwards, Attorney General Jeff Landry, and Secretary of State Kyle Ardoin. Plaintiffs' claims are dismissed WITHOUT prejudice.

**IT IS SO ORDERED.**

Signed in Baton Rouge, Louisiana on June 30, 2020.

_____

**JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**